UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

February 10, 2003

MEMORANDUM TO COUNSEL RE:

Mazzarello v. Lucent Technologies, Inc., No. AMD 02-3576
Bryan v. Lucent Technologies, Inc., No. AMD 03-265

    I acknowledge Mr. Bennett's letter dated February 10, 2003, in the above cases. While I am always available to speak to counsel, I adhere to my view that employment discrimination cases in general, and these two cases in particular, are individual actions that are best managed as such. The discovery deadline in case no. 02-3576 is, as you know, March 27, 2003, and I do not anticipate that I will modify that deadline. A scheduling order has not been issued in case no. 03-265, because defendant has not yet filed its answer. I expect to issue a scheduling order in that case as soon as the case is at issue. Obviously, counsel should work together to avoid duplicative discovery and I assume that you will agree that any discovery taken in the earlier case will be deemed to have been taken in the later case.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file