PDFMAILER.COM   Print and send PDF files as Emails with any application, ad-sponsored and free of charge   www.pdfmailer.com

April 1, 2003

BY ELECTRONIC MAIL

The Honorable Andre M. Davis
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

                    Re:     Lisa Bryan v. Lucent Technologies, Inc.,
                            Civil Action No. AMD-03-0265

Dear Judge Davis:

        Pursuant to the Scheduling Order in the above referenced matter, the parties have had the opportunity to confer concerning early ADR, consent to proceed before a Magistrate, and deposition hours.  The parties do not believe that ADR would be beneficial at this time, but intend to revisit the issue after completion of discovery.  The parties have not unanimously consented to proceed before a United States Magistrate Judge.

        Neither party requests additional time for depositions beyond the eighteen hours allotted pursuant to the Court's Scheduling Order at this time.

        If you have any questions or concerns, please do not hesitate to contact either myself of Mr. Niccolini directly.

        Thank you for your consideration in this matter.

                                                Very truly yours,




                                                James E. Zuna, Jr.

cc:     Robert R. Niccolini, Esq.