**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

July 21, 2003

MEMORANDUM TO COUNSEL RE:

Bryan v. Lucent Technologies, Inc.
Civil No. AMD 03-265

    I acknowledge your respective status reports received today. I am not persuaded to extend the discovery deadline as plaintiff has requested in her status report. I will give counsel an opportunity to address the issue when you are here on Wednesday for oral argument in the *Mazzarello* case.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt