PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

# Law Office of Paul V. Bennett

133 Defense Highway, Suite 209
Annapolis, Maryland 21401

Paul V. Bennett (MD,DC,VA,CA)                      (410) 974-6000
James E. Zuna, Jr. (MD)                                 (301) 261-8161
                                                                  Fax: (410) 224-4590
David Ricklis, Paralegal                               Email: bennlaw@aol.com

August 13, 2003

BY ELECTRONIC MAIL

The Honorable Andre M. Davis
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

                 Re:      Lisa Bryan v. Lucent Technologies, Inc.,
                                 Civil Action No. AMD-03-0265

Dear Judge Davis:

      Please be advised that on this date, this office has served upon counsel for Lucent Technologies, Inc., Defendant, a Motion to Compel as a result of Defendant's deficient discovery responses, which were received on July 14 and July 15, 2003.

      It is my understanding that Defendant intends to file a Motion for Summary Judgment by the motions deadline of August 18, 2003. As it is unlikely that Plaintiff's Motion to Compel will be resolved prior to the time in which Plaintiff's Opposition to Defendant's Motion for Summary Judgment would be due, I am hereby requesting that the time in which Plaintiff must file her opposition be extended, or alternatively, that the Plaintiff be permitted to supplement her Opposition once the Motion to Compel has been resolved or ruled upon.

      Thank you very much for your consideration in this matter. Please do not hesitate to contact this office if you have any questions.

                                                                 Very truly yours,

                                                                 /s/

                                                                 James E. Zuna, Jr.

cc:      Robert R. Niccolini, Esq. (By regular mail and by facsimile)