McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202-1671
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Robert R. Niccolini
Direct: 410.659.4412

rniccolini@mcguirewoods.com
Direct Fax: 410.659.4489

# McGUIREWOODS

August 18, 2003

**BY HAND DELIVERY**

Felicia C. Cannon, Clerk of the Court
United States District Court for the
    District of Maryland
101 W. Lombard Street
Baltimore, MD  21202

Re:     Lisa D. Bryan v. Lucent Technologies Inc.
        Civil Action No.: 1:03-cv-00265-AMD

Dear Ms. Cannon:

Enclosed please find two copies of the following documents which were filed electronically today in the above referenced matter, as well as two copies of the Exhibits to the Memorandum which were not electronically filed due to electronic page limitations:

1. Defendants' Motion for Summary Judgment with Proposed Order;

2. Defendants' Memorandum of Points and Authorities in Support of their Motion for Summary Judgment with attached Exhibits; and

3. Notice of Filing of Lengthy Exhibit.

These documents, along with the Exhibits to the Memorandum, are being submitted in paper form because they exceed 15 pages in length.

If you have any questions or require any additional information, please do not hesitate to contact me directly. Otherwise, we greatly appreciate your assistance in this matter.

Sincerely,

Robert R. Niccolini

RRN/sh
Enclosures
cc:   Paul V. Bennett, Esquire (w/ enclosures)
      James E. Zuna, Esquire (w/ enclosures)