IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA D. BRYAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:03-cv-00265-AMD |
| LUCENT TECHNOLOGIES INC., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Lucent Technologies Inc. ("Defendant"), through undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for an Order granting summary judgment in favor of Defendant and against Plaintiff. The grounds for this motion are fully set forth in the accompanying Memorandum of Points and Authorities in Support hereof with accompanying exhibits, incorporated herein by reference, and the Court's attention is also respectfully directed to Defendant's proposed Order attached hereto.

WHEREFORE, Defendant respectfully requests that its Motion for Summary Judgment be granted in its entirety; that summary judgment be granted in favor of Defendant and against Plaintiff as to each and every claim in the Complaint; that Defendant be awarded its costs in this action, including reasonable attorney fees; and that the Court grant Defendant such other and further relief as it may deem just and appropriate.

Respectfully submitted,

/s/
_____
Robert R. Niccolini
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD 21202
410-659-4400

Counsel for Defendant Lucent Technologies Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this the 18th day of August, 2003 a copy of Defendant's Motion for Summary Judgment was electronically filed and was further served by United States Mail, postage prepaid, on:

> Paul V. Bennett, Esquire
> James E. Zuna, Esquire
> 133 Defense Highway, Suite 209
> Annapolis, Maryland 21401

/s/
_____
Robert R. Niccolini

\\LAB\383297

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA D. BRYAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:03-cv-00265-AMD |
| LUCENT TECHNOLOGIES INC., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Lucent Technologies Inc.'s ("Defendant") Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof with attached exhibits, and all matters of record; having determined that no oral hearing is necessary; and being of the opinion that there is no genuine issue of material fact, and that Defendant is entitled to judgment as a matter of law; it is by the Court this _____ day of _____, 2003,

**ORDERED** that Defendant's Motion is hereby **GRANTED** in its entirety, and that Plaintiff's Complaint is hereby summarily dismissed with prejudice; and it is further

**ORDERED** that all costs in this matter are taxed against Plaintiff.

_____
Judge
United States District Court

\\LAB\383299