IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA D. BRYAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:03-cv-00265-AMD |
| LUCENT TECHNOLOGIES INC., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

The Exhibits to Defendant's Memorandum of Points and Authorities in Support of their Motion for Summary Judgment can only be converted to electronic format by scanning and are longer than 15 pages. The Exhibits will be filed with the Clerk's Office in paper format.

I certify that within twenty four (24) hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


August 18, 2003
Date

/s/
Robert R. Niccolini
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, Maryland 21202
410-659-4400

Counsel for Defendant Lucent Technologies Inc.

\\LAB\383300