PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

# Law Office of Paul V. Bennett

133 Defense Highway, Suite 209<br>
Annapolis, Maryland 21401

Paul V. Bennett (MD,DC,VA,CA)                                        (410) 974-6000
James E. Zuna, Jr. (MD)                                                    (301) 261-8161
                                                                             Fax: (410) 224-4590
David Ricklis, Paralegal                                                  Email: bennlaw@aol.com

September 4, 2003

BY ELECTRONIC FILING

Hon. Andre M. Davis
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

                         Re:      <u>Lisa Bryan v. Lucent Technologies, Inc.</u>,
                                    Civil Action Number AMD 03 CV 0265

Dear Judge Davis:

       This letter is to request an enlargement of time in which Lisa Bryan, Plaintiff, may file her Opposition to Lucent's Motion for Summary Judgment, pursuant to Federal Rule 6(b) and Local Rule 105.9. As you may be aware, the deadline for filing the Opposition is today. This office has been working diligently in order to timely file the opposition. However, due to the complexity of issues involved and difficulties in securing executed affidavits in support of Plaintiff's opposition, it is unlikely that the Opposition will be complete before the end of today.

       I have attempted to contact Mr. Niccolini by telephone and by e-mail, and have been advised by his office that Mr. Niccolini is out of town today. As a result, I have not been able to secure his consent for an enlargement of time.

       Based upon the above, I respectfully request an enlargement of time, so that Plaintiff may file her Opposition to Defendant's Motion for Summary Judgment no later than Monday, September 8, 2003. I thank you for your consideration in this matter.

                                                                             Very truly yours,

                                                                             /s/

                                                             James E. Zuna, Jr., #15690

cc:      Robert R. Niccolini, Esq.