PDFMAILER.COM   Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

# Law Office of Paul V. Bennett

### 133 Defense Highway, Suite 209
### Annapolis, Maryland 21401

Paul V. Bennett (MD,DC,VA,CA)                                                  (410) 974-6000
James E. Zuna, Jr. (MD)                                                          (301) 261-8161
                                                                      Fax: (410) 224-4590
David Ricklis, Paralegal                                            Email: bennlaw@aol.com

September 4, 2003

BY ELECTRONIC FILING

Hon. Andre M. Davis
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Lisa Bryan v. Lucent Technologies, Inc.,
      Civil Action Number AMD 03 CV 0265

Dear Judge Davis:

This letter is in follow-up to my earlier correspondence of this afternoon, in which I requested an enlargement of time in which Plaintiff may file her opposition to Defendant's Motion for Summary Judgment. I have received word from Sharon in Mr. Niccolini's office that Mr. Niccolini has been advised of my request for an enlargement of time, and has given his consent to an enlargement of time in which Plaintiff may file her opposition no later than Monday, September 8, 2003.

Thank you for your consideration in this matter. Please do not hesitate to call if you have any questions.

Very truly yours,

/s/

James E. Zuna, Jr., #15690

cc:   Robert R. Niccolini, Esq.