PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA BRYAN | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. AMD 03 CV 0265 |
| LUCENT TECHNOLOGIES, INC. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

    Lisa Bryan, Plaintiff, by and through her attorneys, Paul V. Bennett and James E. Zuna, Jr., hereby opposes the Motion for Summary Judgment filed by Lucent Technologies, Inc., Defendant, and for grounds states as follows:

    1.    That there is a genuine dispute of material fact.

    2.    That Defendant is not entitled to summary judgment as a matter of law.

    3.    Plaintiff incorporates by reference Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, and all exhibits attached thereto.

WHEREFORE, Lisa Bryan, Plaintiff, respectfully requests that this Honorable Court deny Defendant's Motion for Summary Judgment, and for such other and further relief as justice may require.

PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

Respectfully Submitted,

_____/s/_____
Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000

Attorney for Plaintiff

**Certificate of Service**

I HEREBY CERTIFY that on this 8th day of September, 2003 a copy of the foregoing Plaintiff's Opposition to Defendant's Motion for Summary Judgment was sent by electronic mail and by regular mail to Robert R. Niccolini, Esquire, McGuire-Woods, LLP, 7 St. Paul Place, Suite 1000, Baltimore, Maryland 21202, Attorney for Defendant.

\_\_\_\_\_/s/_____
Paul V. Bennett, Esq.

PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com