PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA BRYAN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD 03 0265 |
| LUCENT TECHNOLOGIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's opposition thereto, it is this _____ day of _____, 2003,

ORDERED that Defendant's Motion for Summary for Judgment be and is hereby DENIED.

                                                                                          _____
                                                                                          Andre M. Davis
                                                                                          United States District Judge