PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA BRYAN | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. AMD 03 CV 0265 |
| LUCENT TECHNOLOGIES, INC. | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

The Exhibits to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment can only be converted to electronic format by scanning and are longer than 15 pages. The Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Respectfully Submitted,

\_\_\_\_/s/_____
Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000
Federal Bar No: 10324

Attorney for Plaintiff

PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 8th day of September, 2003 that a copy of the foregoing Notice of Filing of Lengthy Exhibits was sent by electronic filing and by hand delivery to Robert R. Niccolini, Esquire, McGuire-Woods, LLP, 7 St. Paul Place, Suite 1000, Baltimore, Maryland 21202, Attorney for Defendant.

                                                         ____/s/_____
                                                           Paul V. Bennett, Esq.