PDFMAILER.COM   Print and send PDF files as Emails with any application, ad-sponsored and free of charge   www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA BRYAN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD 03 CV 0265 |
| LUCENT TECHNOLOGIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**
**September 8, 2003**

Paul V. Bennett Esq.
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000

Attorney for Lisa Bryan, Plaintiff