PDFMAILER Can print, fax or e-mail your documents with a professional touch tailored and for commercial mailer.com

# TABLE OF CONTENTS

**Page**

I.    Summary of Claims ..................................................................    1

II.   Summary of Law ...................................................................    1

III.  Statement of Facts ................................................................    3

      A.   Plaintiff's Employment History With Lucent Through
           October of 1998.............……………………………………..    3

      B.   Plaintiff's Supervision Under Chris Herr was Characterized by
           Repeated Offensive Conduct................................................………..    4

      C.   Mr. Chris Herr's Behavior Towards Plaintiff Following Transfer
           was a Continuation of the Same Kind of Misconduct........................……    9

      D.   Plaintiff's Supervision By Tom Moore was More of the Same.....………..    11

      E.   Tom Moore's Apparent Romantic Relationship With Another
           Employee Led To Further Retaliation…………………….....…...……..    16

      F.   Plaintiff's Attempts to Seek Help from Human Resources Were
           Ignored……………...................................................……..    21

      G.   Plaintiff's Transfer and Ultimate Resignation ...........................…………    24

IV.   Argument ......................................................................…..……..    32

      A.   Plaintiff's Claims Are Timely.....................................………..    32

      B.   Plaintiff's Sexual Harassment Claims are Actionable................…………    35

      C.   Plaintiff Has Established a *Prima Facie* Case of Gender
           Discrimination ........................................................…………    37

      D.   Constructive Discharge …………………………………………..    39

      E.   Defendant's Stated Reasons for Transferring Plaintiff Are
           Pretextual and Without Merit .................................……………..    44

PDFMAILER — Print, mail, and serve documents with a professional and personalized approach. www.pdfmailer.com

F.      Plaintiff's Claim for Retaliation ……….......................................................  45

V.     Conclusion ...................................................................................................     47

Certificate of Service ...............………......................................................................     47

Index of Exhibits …………….………………………………………………………..  48