IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LISA D. BRYAN,<br>    Plaintiff | :<br>:<br>: | |
| v. | :<br>: | CIVIL NO. AMD 03-265 |
| LUCENT TECHNOLOGIES, INC.,<br>    Defendant | :<br>:<br>: | |

...o0o...

O R D E R

In accordance with the foregoing Memorandum Opinion, it is this 15th day of March, 2004, by the United States District Court for the District of Maryland hereby ORDERED

(1)     That defendant's motion for summary judgment is GRANTED; and it is further ORDERED

(2)     That JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF; and it is further ORDERED

(3)     The Clerk shall CLOSE THIS FILE.

/s/
_____
ANDRE M. DAVIS
United States District Judge