JUDGMENT

FILED: November 4, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 04-1461
CA-03-265-AMD

LISA D. BRYAN

    Plaintiff - Appellant

v.

LUCENT TECHNOLOGIES, INCORPORATED, A New Jersey Corporation

    Defendant - Appellee

---

Appeal from the United States District Court for the
District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
CLERK

UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1461

LISA D. BRYAN,

                              Plaintiff - Appellant

versus

LUCENT TECHNOLOGIES, INCORPORATED, A New Jersey Corporation,

                              Defendant - Appellee

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-265-AMD)

Submitted:  August 27, 2004          Decided:  November 4,

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion

Lisa D. Bryan, Appellant Pro Se. Robert Ross Niccolini MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**PER CURIAM:**

Lisa D Bryan appeals the district court's order granting summary judgement to the Defendant in this employment discrimination action. We have reviewed the record and the district court's thorough opinion and find no reversible error Accordingly, we affirm for the reasons stated by the district court. See Bryan v. Lucent Techs., Inc., No. CA-03-265-AMD (D. Md. Mar. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process

**AFFIRMED**
