```
            UNITED STATES COURT OF APPEALS
               FOR THE FOURTH CIRCUIT
                                              FILED
                                          February 8, 2005
```

No. 04-1461
CA-03-265-AMD

LISA D. BRYAN

    Plaintiff - Appellant

    v.

LUCENT TECHNOLOGIES, INCORPORATED, A New Jersey Corporation

    Defendant - Appellee

---

On Petition for Rehearing En Banc

---

The appellant's petition for rehearing en banc was submitted to this Court. As no member of this Court requested a poll on the petition for rehearing en banc,

IT IS ORDERED that the petition for rehearing en banc is denied.

Entered at the direction of Judge Shedd, with the concurrence of Judge Michael and Judge Hamilton.

                        For the Court

                        /s Patricia S. Connor
                        _____
                            CLERK