NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

February 16, 2005

**MANDATE**

TO: Clerk, District Court/Agency

FROM:  Richard H. Sewell
       Deputy Clerk

RE: 04-1461 Bryan v. Lucent Technology
    CA-03-265-AMD

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 11/4/04.

[ ] Order and Certified Copy of Judgment
[x] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number


cc:  Robert Ross Niccolini
     Lisa D. Bryan

JUDGMENT

FILED: November 4, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit



NO. 04-1461
CA-03-265-AMD

LISA D. BRYAN

Plaintiff - Appellant

v.

LUCENT TECHNOLOGIES, INCORPORATED, A New Jersey Corporation

Defendant - Appellee

-------------------

Appeal from the United States District Court for the
District of Maryland at Baltimore

-------------------

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate

/s/ Patricia S. Connor

_____

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY
Deputy Clerk

<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**



**No. 04-1461**

——————————

LISA D. BRYAN,

Plaintiff - Appellant,

versus

LUCENT  TECHNOLOGIES,  INCORPORATED,  A  New
Jersey Corporation,

Defendant - Appellee.

——————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-03-
265-AMD)

——————————

Submitted: August 27, 2004          Decided: November 4, 2004

——————————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

——————————

Affirmed by unpublished per curiam opinion.

——————————

Lisa  D.  Bryan,  Appellant  Pro  Se.  Robert  Ross  Niccolini,
MCGUIREWOODS, LLP, Baltimore, Maryland, for Appellee.

——————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

**PER CURIAM:**

Lisa D. Bryan appeals the district court's order granting summary judgement to the Defendant in this employment discrimination action. We have reviewed the record and the district court's thorough opinion and find no reversible error Accordingly, we affirm for the reasons stated by the district court. See <u>Bryan v. Lucent Techs., Inc.</u>, No. CA-03-265-AMD (D. Md. 15, 2004). We dispense with oral argument because the facts legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>**AFFIRMED**</u>

2